# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

OCT 2 5 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Adrian Bailey,

)
)
)
)

Plaintiff

)

vs.

)
)

Case No. _____

*(The case number will be assigned by the clerk)*

Jail Administrator Louis Glossip,
Chief Brad Abernathy
SHERIFF Jack Harlen
Sgt. Matthew Steward
P.A. Courtney Wilson
Deputy Dillion Johnson

)
)
)
)
)
)
)
)

_____ ,

)
)

_____

)
)

Defendant(s)

)

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Adrian Bailey

Prison Identification Number: 39209

Current address: 1525 Kellogg St Galesburg IL 61401 Knox county Jail

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Louis Glossip

Current Job Title: Jail Administrator

Current Work Address: ~~TA~~ 1525 Kellogg St Knox county Jail Galesburg, IL 61401

Defendant #2:

Full Name: ~~Chief~~ Brad Abernathy

Current Job Title: Chief

Current Work Address: 1525 Kellogg St Galesburg IL 61401 Knox county Jail

Defendant #3:

Full Name: Courtney Wilson

2

Current Job Title: P.A. - Medical

Current Work Address: 152 S Kellogg St Galesburg IL 61401

Defendant #4:

Full Name: Jack Harlen

Current Job Title: SHERIff

Current Work Address: 152S Kellogg St Knox County Jail Galesburg IL 61401

Defendant #5:

Full Name: Matthew Steward

Current Job Title: Sgt

Current Work Address: 152S Kellogg St Galesburg IL 61401 Knox county Jail.

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒        No ☐

3

Additional Defendants:

Dillon Johnson
Deputy - C.O.
152s Kellogg St Galesburg IL 61401
Knox county Jail.

C.  If your answer to B is yes, how many? _____2_____  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   Bailey V Cleague   Knox County Jail

2. Basic claim made  Due Process Violation

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?)  Seattlement

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes ☐   No ☒

In Some of the facts relating to this complaint the grievance Process is completed. However Some are Not Due to Being on Lock Down and Not being allowed to file Grievances. Or Staff Not Responding to Grievance.

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Knox County Jail 1525 Kellogg St Galesburg, IL___

Date(s) of the occurrence ___from August 2nd 2023 through Oct 23rd 2023.___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

① Brad Abernathy, Louis Glossip, Jack Harlen are all responsible for the day to day operations of Knox county Jail and Staff. On August 2nd 2023 I was arrested and Brought to Knox County Jail. I have since been a pretrail Detainee at Knox county Jail. On August 3rd I asked Officer C. Gomez, about recieving magazines, newspapers and books from publishers through the u.s. postal or by other means. I was told that Inmates could recieve Books through Amazon, But were not allowed to recieve/order any magazines or newspapers from anywhere for any reason. I Later fied a Grievance about not being able to recieve magazines and newspapers. I was told that the Jail offered a selection of newspapers and magazines. And I could not order my own. I told Admin that the magazines and newspapers they offered were not what I wanted and I'd like Bully magazines, I Breed dogs and the information could help me. Also requested to recieve the local City news paper and was Denied, Along with not being allowed to recieve any constitutional rights of Prisoner magazines. Knox county Jail has a complete Ban on Inmates recieveing newspaper Book or magazines. The right to recieve newspapers and magazines is part of the first amendment. I have been denied

my right to possess constitutionally protected literature.
Brad Abernathy, Louis Glossip, and Jack Harlen Run Knox county
jail and create the Rules. And Bans.

② On 8/13/2023, Sgt M. steward came to E pod where I
was being housed along with 5 other officers an drug me
out of my cell, placed me in segregation, The next day I
was given a paper that Said I was being placed on Maximum
Security classification, for 60 days by Jail Administrator Louis
Glossip and Chief Brad Abernathy, For punitive reasons. On 8/14/2023.
The inmate handbook of KCJ states that inmates can be reclassified
① for Breaking mayjor rule violations for Punitive reasons, However,
I was never given a hearing or found guilty of any rule violation
for any reason at anytime Before 8/14/2023. I summited
serveral grievances about being placed on max-class and
being taken from General population for punitive reasons w/o a
hearing. When asked A responses I was given were
your Behavior plays a Big factor on your classification. Good
behavior will lead to a review of your classification quicker.
And I was also told my overall inability to follow
facility Rules, inciting others toward misconduct, and
my history of verbally threatening other inmates. I
Stress the facts of that, I have never been given a
hearing or found guilty of any of the above! By a
hearing officer. My Due process rights were violated
By Abernathey and Glossip ③ On 10/7/2023 I was placed
on lock-down for fighting. I was given a Notice of
hearing on 10/8/2023 by Deputy Sarah. The only thing the
notice stated was fighting and did Not State any facts or report –

I was not able to marshal the facts and prepare a defense-
The notice is not reasonably specific about what I was accused of
doing. I was given an Inadequate Notice. And denied Due
process of the law. On 10-13-2023 around ~~6:30~~ 6:30pm
my Hearing was held, I told the hearing officer Deputy Dillion
Johnson that my Due process rights were Violated and I
did not get any Notice with the facts before the hearing.
He then stated it was out of his pay grade and he was
told to give me the max punishment / Lock-down allowed
21 days. I asked Johnson why was I Not given an Impartial
hearing, He stated that the only reason for my hearing was
to hear my Side of the Story, And to determin how long
I was to be given on lock-down. I then asked for a written
statement as to the evidence relied on to find me guilty and reasons
for the disciplinary action. I was not given any. This is how
hearings go for all Inmates at Knox county Jail. We are
given a plain notice that ~~those~~ only states the rule violation,
we are not given Impartial hearings, and we are never
given a written Disposition. Or any Disposition. Before
the hearing Starts we are guilty. A review of Jail records
will show this. @Deputy D. Johnson Violated my Due
process rights and subjected me to hardships of a lock
down. (4) During Lock down Inmates of Knox county
Jail are not allowed out of there cell besides for a
Shower every 3 days. We are not allowed Phone calls.

Add on I-8
Statement of
Claims.

7



## RELIEF REQUESTED

(State what relief you want from the court.)

Punitive Damages in the amount of 10 million dollars.
Physical, pain mental anguish, fright and Shock.
Embarrassment, Humiliation. Damages in the amount of 100 million Dollars.
Court fees, filing fees of $402.00, Punitive Damages 100 million dollars
Nominal Damages 200,000. Nominal Damages 1 million, Dollars
Compensatory Damages 100 million dollars.
Induction Relief, Dental, Maximum security classification status
and Non Impartial hearings.

JURY DEMAND        Yes ☒        No ☐

Signed this  10  day of  23  , 20 23 .

a Bailey

( Signature of Plaintiff)

| Name of Plaintiff: Adrian Bailey | Inmate Identification Number: |
|---|---|
| 152 S Kellogg St Galesburg IL 61401 | 39209 |
| Address: 152 S Kellogg St Galesburg IL 61401 | Telephone Number: |

# Statement of Claim

Add on ①

Commissary, Visits with family, Not Allowed to file Grievances or Request forms, Order postage or Hygine Items, Nor are postage or Hygine Items given to Inmates. Not Allowed out of Cell Exercise, Law libaries, When Pretrail Detainees are placed on Lock-Down for minor or mayjor Rule Violations They are Restricted of all of the above. Louis Glossip And Brad Abernathy are Directly responsible for Rules and Regulations of Knox County Jail. Subjecting Pretrail Detainees to Due Process violations, And Crule and unusal Punishment. Jack Harlen emplays Both Brad and louis and is responsible for there actions And all are responsible for Due Process Violation in the Non Impartial hearings given to all Pretrail Detainees. Depriveing us to our rights and Subjecting us to crule an unusal Punishment During my Lock-down. I was not Allowed to do any of the above, I have been having cramps, aches and pains through out my body, Back Pain and mental and emotional harm from Not being allowed out of cell Exercise. During Lock-downs this is for all Pretrail Detainees at KCJ. ⑥ mental and emotional harm/cramps, aches and pains.

⑤ From Aug 2nd to Oct-23rd I have not been allowed a free Visit with family Knox County Jail Policy is for family and friends to set up online accounts and pay for Visits Pretrail Detainees cannot pay themselves, No Inmate in Knox County Jail can get a free visit. Even if there indigent. Jack Harlen, Louis Glossip and Brad Abernathy are all responsible for day to day operations and the Hardships Placed on Pretrail Detainees By not

Statement of Claim

Addon 2

Allowing No type of free visit. Not even once a week or every 30 days. Not being able to see family friends-hardships. Due Process.

⑥ I asked over and over for a copy of my medical File, I've also Filed a Grievance about it, and was told to have my Attorney request it. Even after I stated I was acting pro-se. I Still was Not Allowed a copy. My Due Process rights are being violated Brad Abernathy and Louis Glossip are responsible. From Sep 1st through Oct 1st.

⑦ Not Allowed to File Grievances or order postage stamps while on punitive Lock-Downs. Brad Abernathy and Louis Glossip Restrict Pretrail Detainees of Filing Grievances While on Lock down for as long as 21 days Nor are we Allowed to order postage use phone or visit with family. Or Out of cell exercise, I have had cramps, Back pain & mental harm.

⑧ On 8-14-2023 I was Placed on maximum Security Classification Status - Two weeks after my arrival at Knox county Jail. At this time I had never violated a Rule of Knox county Jail, And been found Guilty by a Hearing commity. Of any Rule violations in my entire history of coming to Knox county Jail, However I was ~~placed on~~ Re-classified to maximum security classification Status, for Punitive Reasons, When I placed Grievance asking why I was told / My overall inability to follow facility Rules, inciting others toward misconduct, and my history of Verbally threatening other Inmates. However I had Never Been found Guilty of ⇒

Add on ③                      Statement of Claim

- Any Such Rule Violations Never had A Hearing held for any of the Rule Violations. In fact I even had A 100% Clean, Zero Infraction Disciplinary Record. I had Never Been found Guilty at any hearing by any hearing Officers for any reason. At this time. Or. Never Even had a write up or Incident Report where a Disciplinary Hearing was held. In 2016 I filed a Lawsuite against Louis Glossip And Brad Abernathy. Both Part of Knox County Jail Administration For Due process violations for locking me down for Punitive reasons/Punishment w/o giving me any type of a hearing. A Selttlement was reached. I had Not been back to Knox county Jail Since. In over five years. I have been placed on maximum Security classification status for Retaliation for legal action. A violation of my Due process rights By Louis Glossip and Brad Abernathy. And Sgt Matthew Steward Steward. I have Sufferd Mental, & Emotional harm I've been Discriminated against and Sufferd Hardship in Relation to ordinary Incidents of prison life. At the start of my maximum Security classification Status, I was Carried out of my cell in General Population on 8/13/2023 while being Handcuffed, placed into Punitive Segergation By Sgt. M Steward. At that time I told officers, I was going on Hunger Strike. Because what was happening to me was Not Right. I missed Several meals, Had Severe hunger Cramps/pains. Was Not Allowed Phone calls, Postage, or visits. Was moved to C-Max Segergation, Isolation. On 9/5/2023 I was told on a Grievance By Administration That my Behavior plays a big factor on my Classification Good Behavior would lead to a review of my

Add on ④

## Statement of Claim

Classification quicker. Knox county Jail does not have a written paper Grievance and I have Not been given Copies Of any of my Grievances even after ~~Requestion~~ Requesting several times, And even fileing a Grievance about Not Being Allowed copies. All Grievances are done Electronic on a kiosk or Tablet. Jail Administration wont Respond to Grievances about copies of my Grievances. I have made hand written copies of Grievances and Request to medical However I did not get all of the Grievances copied. My hands cramp up and I am also on Lock down and not allowed to have access to The Kiosk where I can access Grievances. However I am going to Attach- hand written copies with this suite of some of the Grievances. In Knox County Jails hand Book it only mentions re-classification under Disciplinary action for punishment for Violation of Majior Rule violations its not listed anywhere else for any other reason. Through out the entire hand book. Futher more I Stress Admin stated on a Grievance about my maximum security classification Status that Behavior plays a Big factor in my classification and good Behavior would lead to a review of my classification quicker. This Supports the fact of that I was placed on max-class for punitive Reasons. Due process Violation also.

⑨ On 10/13/2023 I was told By Deputy D. Johnson that It was above his pay grade and he was told to lock me Down for 21 days By Jail

# Statement of Claim

ADD on ⑤

① Administration Louis Glossip And Brad Abernathy. Jail Administration tell the hearing officers how much time to give Inmates on Lock-down Before a hearing is even held. Johnson went on to State that the only reason for the Hearing is to Hear our side of the story and to use that to decied on if Inmates would be Sentenced to the Higher end of the lock-Down or the lower end. He went on to State that the write up with in it self is proof that we violated Jail policy. So we are guilty of whatever we are being wrote up for, The point of the hearing is to only Decied punishment / Lock-Down. And to get our side of the story. Not to establish ~~Consinces~~ If one is Innocent or guilty. I am entitled to a hearing before an Impartial fact finder. One whos mind is Not already made up. Inmates are Not given Impartial hearings. We are Not even given a Disposition After the hearing, Nor are we given any of the facts Before the Hearing. The only thing we are given from begining to end, I have Attached with this Suite. Refer to Attachment #1 I was given the max on lock Down 21 Days. Due process violations.

⑩ Courtney wilson P.A. at Knox county Jail Is responsible for Directing Treatment of Inmates. I have Attached Request Slips to medical with this Suite. I went to Aspen Dental located in Galesburg IL On 9-1-2023 at 9:00 am for a follow up appointment. At that time.

I was told by the Dentist that I Should of Been getting more work Done Due to the amount of Cavitys I had I Need alot more fillings and also extractions however Knox county Jail medical Staff did not request that that work be done. And only Sent me to get one filling Done on one tooth Despite Aspen Dental Sending medical Staff a complete Treatment Plan with listed fillings and extractions I needed done along with X rays. Medical Staff Knew Decaying teeth would cause pain and I would be prone to Infection. Despite my constant Complaining Pain and Swelling of my face they only approved me to get one tooth Fixed / a filling on one tooth. When they Should of followed the Dentist treatment Plan. But did not because Jail Administrator Louis Glossip did not want to pay for the Dental work. I later Caught Sever'l Painful Infections that caused Swelling, of face and lips, Puss, Headaches, feavors, That lasted for days at a time. My Infections Could of been Prevented had Louis Glossip and P.A. Courtney wilson, Followed the Dental treatment Plan from Aspen Dental, And Allowed the Dentist to Do needed fillings and extractions. Please Review hand written medical Request Slips and Grivance forms. I have Attaced. I have Requested copies of my medical file to help with this Suite but was Denied and told to go through my Attorney. Even After telling Staff I was acting Pro-SE. Due Process — Cruel and usual Punishment, Negligence, Neglect, Deliberate Indifference. on Part of medical Staff. P.A. Courtney wilson And Jail Admin Brad and Louis. They have Ignored my Serious medical needs. SHERIFF Jack Harlen employs them all. He's responsible as well.

(11) ADD.27 statement of claim

Not Allowed Photo copies Or paper I had to trade Other Inmates Items off of my food tray to get this paper to file this Suite. I was Also not Allowed to order Postage Stamps or stamped envelopes while on IDLK down. And had to trade Items off my food tray to get Stamps And envelopes from other Inmates.

Im hungery and have hunger pains But my I Suite is in. Knox county Jail Admin Glossip and Abernathy are Not Supplying Inmates with legal assistence. Or $ Paper/Postage

On 10/2/2023 around 8:30 am I was forced to talk to my Attorney in a open area for General Population in front of 2 Knox county Jail Deputies While Others walked By along with inmates.

On 10/2/23 I was called out my cell for an Attorney call my Lawyer wanted to talk to me before court at 9:00 am. Brad Abernathy and Louis Glossip are in charge of the Jail.

I did not get to ask my Lawyer certin things Due to me being in the open that could of helped with me getting out of Jail and Now I remain in custody.

Add on (8) Statement of Claim

(12) from Aug 2nd through Oct 23rd 2023 25% of all my funds recieved have been Taken. Also I am Charged $5.00 per Day. If my family sends me $100.00 I get $75.00 the Jail Administration takes $25.00 and then they Take $5.00 per day from the original $75.00 remaining So If I do Not Spend my $75.00 with the Jail they will take it all. Even after taken 25% or the original Amount they still take $5.00 a day from the remaining 75%. Forceing pretrail Delainees to Spend all of our money or have it take By the Jail. Futhermore they Do Not allow us away to Save our funds. And one Bar Of Soap On commissary is over $4.00 For a Bar of Irish Spring Soap that cost $1.00 in local Stores. And the Jail Dont give inmates free Hygine so we are forced to buy marked up Hygine Items. Jail Administrator Glossip, Louis, Chief Brad Abernathy and SHERIFF Jack Harlen are responsible for Day to Day operations.

*Attachment #1*

# KNOX COUNTY JAIL
## NOTICE OF HEARING

Inmate name:   **Adrian Bailey**

Today's date:   **10/08/2023**

Charges:   **Fighting** / Causing injury

Hearing date & time:   **10/13/2023 @ 1600**

*You are hereby notified that the above-listed charges have been brought against you for violation of jail policy. You are entitled to a hearing with a review panel before any disciplinary action is taken against you, which is scheduled at the time outlined above. During this hearing, you may present evidence and/or testimony on your behalf. If you refuse to attend your hearing, one will be held in your absence. The review panel will make any disciplinary recommendations to the Jail Administrator. All decisions are final and may not be appealed.*

*By signing below, you are <u>NOT</u> admitting guilt or agreeing to the charges, you are only acknowledging that you received this Notice of Hearing.*

_____
Inmate Signature

10/8/ 2023
Date

_____
Deputy Signature

_____
Date




# KNOX COUNTY
# SHERIFF'S OFFICE

152 S. Kellogg Street, Galesburg IL 61401
knoxcountysheriffil.com

# MEMORANDUM

8/14/2023

To: Adrian Bailey

From: Chief Abernathy

Re: Maximum Security Classification

You are being placed on Maximum Security Classification status.

This Classification status will begin on 8/14/2023. This will be reviewed in 60 days by Jail Administrator Glossip and Chief Abernathy. This is scheduled to be reviewed on 10/12/2023.

You may receive one hour out a day from your cell. Your time out will be scheduled from 1:00 pm till 2:00 pm. Our Deputies will be instructed that this is the only time that you will be out and if you don't take advantage of this time, you will forfeit time out for that day.

Administration

v2023



# KNOX COUNTY
# SHERIFF'S OFFICE

152 S. Kellogg Street, Galesburg IL 61401
knoxcountysheriffil.com

## MEMORANDUM



10/4/2023

To: Adrian Bailey

From: Chief Brad Abernathy

Your review of Classification was scheduled for 10/12/2023. Today it was decided to take you off that classification early. You will resume daytime as your tier is out.


Chief

Brad Abernathy





# Grievance's



9/5/23   11:18am

Your Behavior plays a big factor on your Classifacation. Good behavior will lead to a review of your classification quicker.

9/8/2023, 2:5pm

I'd like to appeal the grievance about maximum class / i have a right to know what directly affects me. / Why I was placed on Max class. You gave me a indirect reply you Stated classification is not always necessarily related to one Specific rule or incident. I'd like to Know the direct reason or reasons of why I was placed on max / class. due process rights.

9/11/2023 12:35pm

-Staff Response: your overall inability to follow facility rules, inciting others toward misconduct, and your history of verbally threatening other inmates.

# Grievances $ Medical Request

9/6/2023, 2:54 pm
Grieavence
It's my right to get magazines and news papers
sent to me.

Staff Response
10/9/23, 4:29 pm
We have magazines and newspapers that you
can check out of our library for free.

10/6/2023, 7:46 am
Grievance Summited
Legal copies

Staff Response
10/9/23, 10:39 am
was told to go through my lawyer, even
after tell Admin I was acting pro-se
and had paper work to prove so.

Ⓧ 8/25/23, 1:41 pm
medical Request
I have more then 5 teeth that cause me pain
Staff Response
8/25/2023, 2:46 pm
you are on an Antibiotic and mortrin for pain. I
have left a message for Aspen dental for appointment
to get #2 filling done

Ⓧ 8/26/23, 1:52 pm
medical Request:
having pain in teeth in the front of my mouth
and the right side rear.

# Grievances and medical Request

Staff Response
8/27/23, 8:37 am
printed for medical

9/10/23 1:43 pm medical Request
My tooth hurts really bad

Staff Response
9/11/2023 7:10 am
On sick call

9/9/2023 1:37pm medical Request
I've put in 3 medical request and still have yet to
be seen I am in pain Need help.
Staff Response
9/10/2023 7:47 Am
put on list to be seen
Staff Response 9/11/2023 7:11am
Seen

9/7/2023 1:36 medical Request
Dental Pain
9/11/23
Seen

9/13/2023, 4:56pm
medical Request
Need help, need to go to dentist to prevent
future infection.
Staff Response
9/14/23, 7:41am
Added to sick call

# Grievances & Medical Request

### Medical Request

① 9/16/2023 , 6:27pm
lips Burning
9/18/23  9:09 am
added to Sick call

② medical Request
9/18/23 , 4:48pm
I'm having severe tooth pain i need to see a
dentist I need help my pain level is at a 10.
Staff Response
9/27/2023 , 3:09 pm
medical staff has procedures they have to follow

③ 9/30/23  5:00pm
medical Request
My pain rate is a 10 I have another oral infection
my jaw is swelling I need help.
Staff Response
10/1/2023 , 9:59 am
seen on NSC

④ 10/4/2023  8:02pm
medical Request
Tooth pain need to be seen part of my filling
has broken thanks.
Staff Response   10/5/23   9:18 am
seen o NSC

⑤ Grievance   9-30-23 - 4:41 pm
my jaw is swelling up, Infection is coming back
I need extractions and fillings if you guys would
of followed aspens treatment plan I would not
have these Infections In in pain!
NO Response from staff as of 10/22/23

# Grievance

9/8/2023, 3:15pm

Appeal to grievance about magazines and newspapers your magazines and newspapers are not accessible to to all inmates daily. And are not given the option to view them daily. I want my own magazines and news papers sent to me directly from publishers. To not allow me to have these rights are a violation of my civil rights. The right to receive newspapers and magazines is part of the first amendment is beyond question. The right of a pre-trail Detainee to possess constitutionally protected literature. The Rule of forbidding inmates to recieve or possess Newspapers and magazines, is unconstitutional I dont want magazines and news papers u Pick. I want ones on civil rights of Inmates, and Phat Puffs, viral magazines and copies of the galesburg news paper, New york times, and the tribune. Its my right, This is my appeal

STAFF Response
9/11/2023, 12:22 pm

We are not required to provide access to these things daily, Just as we are not required to give access to the library daily, I understand that you would prefer to have your own sent in to you, but our facility does not allow for that.

# Grievances

~~Medical~~

Grievance:
9/17/2023  4:31 pm
I have been neglected medically due to medicals staffs failure to treat me and to follow the dentist plan I have caught a infection, been in pain pain levels hitting 10 for weeks now. My lip is numb Jaw swollen. I cant eat with out being in pain.

Staff Response:
9/27/2023  3:06 pm
Medical staff has procedures they follow.

Grievance
9/16/2023,  4:30pm
In order to be able to visit, The visitor must first set up an account a www. inmatecanteen.co
A violation of Inmates rights to not allow free visits if my family cant Afford to pay to visit me I Still Should get a visit.
      No Staff Response as of 10/22/2023

Grievance
9/23/2023  4:38 pm
I'd like copies of all grievances I've Summited.
      No Staff Response as of 10/22/2023

# Grievances

Grievance
9/17/2023, 4:21 pm
requesting a paper copy of my grievance forms
that I've field and a copy of my medical files.
No staff Response as of 10/22/2023

Grievance
9/17/2023  4:20 pm
Copy of my medical file

Staff Response
9/18/2023, 9:08 am
medical records have to be Requested through
your Attorney.

Grievance
9/30/2023  4:47 pm
my face is swelling up again due to oral infection due to
cavitys that should of been taken care of by aspen
dental. Nurseing staff knew of my cavitys and knew
that such cavitys were Prone to infections if the would
of followed aspens treatment plan I would not be in
the pain In in now or have the infections I have had.
Neglagence on part of medical staff is a clear
failure to treat. I have not even been seen by the
P.A. or a doctor to check on the first infection or
even a nurse once the antibotic ran its course
No Staff Response as of 10/23/2023





US POSTAGE PITNEY BOWES

ZIP 54022
$ 000.63⁰

Deposit funds at
www.inmatecanteen.com

Adrian Bailey #39069
Knox County Jail
Galesburg, IL
61401

United States Federal Court
Central district of Illinois
100 N.E. Monroe St
Room 309
Peoria IL 61602